IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**STEVEN G. PALANUK**,

        Plaintiff,

  v.

**MICHAEL J. ASTRUE**, Commissioner of
Social Security,

        Defendant.
_____

Civil Case No.  09-6169-AC

O R D E R

    John E. Haapala, Jr.
    96 E. Broadway, Suite 5
    Eugene, Oregon  97401

        Attorney for Plaintiff

    Dwight C. Holton
    United States Attorney
    District of Oregon

Page 1 - ORDER

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204

Stephanie R. Martz
Social Security Administration
Office of the General Counsel
701 5th Avenue
Suite 2900 M/S 901
Seattle, Washington  98104-7075

        Attorneys for Defendant

KING, Judge:

        The Honorable John V. Acosta, United States Magistrate Judge, filed Findings and Recommendation on June 11, 2010.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

        Accordingly, I ADOPT  Magistrate Judge Acosta's Findings and Recommendation (#18) dated June 11, 2010 in its entirety.

        IT IS HEREBY ORDERED that the decision of the Commissioner is REVERSED.  This case is REMANDED for a finding of disability.

        DATED this ___30th___ day of June, 2010.

                                           /s/ Garr M. King_____
                                            GARR M. KING
                                        United States District Judge